**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| IN THE MATTER OF THE ADOPTION | : | No. 181 WAL 2018 |
| OF: V.R.C., A MINOR | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| PETITION OF: J.C., NATURAL MOTHER | : | the Order of the Superior Court |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 12th day of June, 2018, the Petition for Allowance of Appeal is

**DENIED**.